**SULAIMAN LAW GROUP, LTD**
Bobby C. Walker (State Bar No.321788)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
bwalker@sulaimanlaw.com

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL L. STINSON,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERYASSOCIATES, LLC,<br><br>Defendant. | Case No. 2:22-cv-01589-MCE-JDP<br><br>**ORDER DISMISSING CASE** |

    Plaintiff CRYSTAL L. STINSON ("Plaintiff"), by and through the undersigned attorney, having filed with this Court the Joint Stipulation of Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant PORTFOLIO RECOVERYASSOCIATES, LLC.

    IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice, as to PORTFOLIO RECOVERYASSOCIATES, LLC.

*///*

1

1         Each party shall bear its own costs and attorney fees.  The Clerk of the Court is

2    directed to close this case.

3         IT IS SO ORDERED.

4    Dated:  January 13, 2023

5

6    MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28